IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Raffele J. Floyd, <br><br> Plaintiff, <br><br> v. <br><br> Richland County; Richland County Sheriff Department; and South Carolina Department of Motor Vehicles, <br><br> Defendants. | C/A No. 3:16-cv-02622-TLW <br><br> **ORDER** |

Plaintiff Raffele J. Floyd, proceeding *pro se* and *in forma pauperis*, filed this action alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983. ECF No. 1. The matter now comes before this Court for review of a Report and Recommendation (R&R) filed by Magistrate Judge Hodges, ECF No. 9, to whom this case was assigned pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2), DSC. In the R&R, the Magistrate Judge recommends that the Court dismiss Plaintiff's complaint. ECF No. 9. Objections to the R&R were due on August 22, 2016, and Plaintiff has not filed objections.

This Court is charged with conducting a *de novo* review of any portion of the Magistrate Judge's R&R to which a specific objection is registered and may accept, reject, or modify, in whole or in part, the recommendations contained in that R&R. 28 U.S.C. § 636. In the absence of objections to the R&R, this Court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199–200 (4th Cir. 1983).

1

This Court carefully reviewed the R&R in this case. Noting that Plaintiff filed no objections, the R&R, ECF No. 9, is hereby **ACCEPTED**. Therefore, for the reasons articulated by the Magistrate Judge in the R&R, Plaintiff's claims are hereby **DISMISSED**.

  **IT IS SO ORDERED**.

                 *s/Terry L. Wooten*
                 Terry L. Wooten
                 Chief United States District Judge

May 8, 2017
Columbia, South Carolina