# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | | |
|---|---|---|
| Raffele J. Floyd, | | |
| *Plaintiff* | | |
| v. | ) | Civil Action No.    3:16-cv-02622-TLW |
| | ) | |
| | ) | |
| Richland County; Richland County Sheriff | ) | |
| Department; South Carolina Department of Motor | ) | |
| Vehicles, | | |
| *Defendants* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■   The plaintiff, Raffele J. Floyd, shall take nothing of the defendants, Richland County; Richland County Sheriff Department; South Carolina Department of Motor Vehicles, and this action is dismissed without prejudice.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, Chief United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint without prejudice.

Date:   May 9, 2017                                  *ROBIN L. BLUME, CLERK OF COURT*

s/M. Walker

_____

*Signature of Clerk or Deputy Clerk*